**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**QUANSHAN LIA,**                                                              **PETITIONER**
**A# 246-438-330**

**v.**                                                                    **CIVIL NO. 5:26-cv-244-DCB-BWR**

**R. VERGARA, Warden, Adams County**
**Correctional Center**                                               **RESPONDENT**

## ORDER

This matter is before the Court on pro se Petitioner Quanshan Lia's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.[1]  Petitioner is an immigration detainee currently housed at the Adams County Correctional Center in Natchez, Mississippi.

The proper Respondent is the "person having custody over the person detained." 28 U.S.C. § 2243.  "Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should name his warden as respondent and file the petition in the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 428 (2004).  "[T]he proper respondent is the warden of the facility where the [petitioner] is being held, not the Attorney General or some other remote supervisory official." *Id.* at 435.  The proper Respondent is R. Vergara, Warden, Adams County Correctional Center.  The Court will direct Respondents to file an answer or other responsive pleading.

---

[1] Petitioner paid the filing fee on March 30, 2026.

**IT IS THEREFORE ORDERED** that R. Vergara, Warden, Adams County Correctional Center, is the proper Respondent, and any others listed on the docket as Respondents are hereby removed as Respondents.

**IT IS FURTHER ORDERED** that Respondent shall file an answer or other responsive pleading in this cause within twenty (20) days of the service of a copy of this order.  Respondent shall file with his or her answer or other responsive pleading any agency records or court records relevant to the disposition of this cause.   If Petitioner wants to file a rebuttal, he may do so within fourteen days after Respondents file an answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of the Petition [1] filed on March 30, 2026, and a copy of this Order upon the Civil Process Clerk of the Office of the United States Attorney for the Southern District of Mississippi, 501 E. Court St., Suite 4.430, Jackson, MS 39201; the Attorney General of the United States, at U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and Warden of Adams County Correctional Center, 20 Hobo Fork Road, Natchez, Mississippi 39120.

**SO ORDERED**, this 18th day of May, 2026.

*s/* *Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

2